FILED

APR 23 2019

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SADIE ALLEN HACKETT,<br><br>Defendant. | CR 18-135-BLG-SPW-1<br><br>ORDER |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that Defendant's trial date of June 3, 2019 is hereby **VACATED** to be reset upon this Court's ruling on the Motion to Suppress Evidence. The time from the motion's filing on April 15, 2019, to this Court's ruling on Magistrate Cavan's Findings and Recommendation on the motion is excluded from the speedy trial clock pursuant to 18 U.S.C. § 3161(h)(1)(D).

The Suppression Hearing is presently set before Magistrate Cavan on May 7, 2019.

The clerk is directed to notify counsel and the U.S. Marshals Service of the entry of this Order.

DATED this 23rd day of April, 2019.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge