IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JUN 19 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-135-BLG-SPW-1 |
| Plaintiff, | |
| vs. | ORDER |
| SADIE ALLEN HACKETT, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion to Extend Deadline to File Objections to Findings and Recommendation of U.S. Magistrate Judge, (Doc. 55) and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's Motion is **GRANTED**. Any objections to the Findings and Recommendation of the U.S. Magistrate Judge (Doc. 54) shall be filed on or before **June 21, 2019**, or objection is waived.

The Clerk of Court is directed to notify the parties of the making of this order.

DATED this 19th day of June, 2019.

SUSAN P. WATTERS
United States District Judge