# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SADIE ALLEN HACKETT,<br><br>Defendant. | CR 18-135-BLG-SPW-01<br><br>ORDER |

Pending before the Court is the United States' Unopposed Motion to Dismiss the Underlying Indictment With Prejudice (Doc. 99) for defendant Sadie Allen Hackett. For good cause being shown,

IT IS HEREBY ORDERED that the motion to dismiss the underlying indictment with prejudice for defendant Sadie Allen Hackett is **GRANTED**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 27th day of February, 2020.

SUSAN P. WATTERS
United States District Judge

1